# United States District Court

------------------------------ DISTRICT OF SOUTH DAKOTA ------------------------------

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

JOSEPH L. WISE,

        Defendant.

**ORDER**

**FILED**

MAR 19 2007

CLERK

CASE NUMBER: CR. 07-40001

This matter having come before the court on Monday, March 19, 2007, and it being the Court's intent not to detain the Defendant pending further proceedings, it is hereby

ORDERED, that the terms and conditions of the Order Setting Conditions of Release entered on March 6, 2007, in the Western District of Kentucky at Louisville are hereby continued in full force and effect, with the following three additional conditions:

1.    Defendant shall maintain regular contact with his counsel and promptly respond to any inquiries from counsel.

2.    Defendant shall submit proof of making his ongoing child support payments every month.

3.    Defendant is prohibited from having contact with either of the two custodial parents in this case.

Dated this 19th day of March, 2007.

BY THE COURT:

John E. Simko
United States Magistrate Judge

ATTEST:
JOSEPH HAAS, CLERK

By_____
    Deputy